752

a hearing on the issue of the validity of the guilty pleas raised by the petition.

WRIGHT, P. J., would affirm the order of the court below.

## Commonwealth v. Skipper, Appellant.

Submitted June 9, 1969.

*Thomas M. Reese,* for appellant; *Amos Davis,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth v. Smith, Appellant.

Argued June 11, 1969. *Peter A. Galante,* for appellant; *Walter W. Cohen,* Assistant District Attorney, with him *James D. Crawford,* Assistant District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth v. Smith, Appellant.

Sub-